# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR SLOPE CAPITAL, INC., et al., | Case No. 1:22-cv-00325-DAD-SAB |
| Plaintiffs, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| TA FRANCHISE SYSTEMS LLC, | (ECF No. 14) |
| Defendant. | **DEADLINE: JULY 13, 2022** |

On May 12, 2022, the parties filed a notice of settlement, in which they indicate they have "tentatively reached" a settlement that would completely resolve the case with a dismissal of the action in its entirety. (ECF No. 14.) The parties seek to avoid additional expense and to further the interests of judicial economy by vacating all matters, including the motion to dismiss currently pending before the District Judge. Specifically, the parties "request that the Court refrain from issuing a ruling on the pending *Motion to Dismiss* (Dkt. No. 4) unless the Parties notify the Court that they were unable to finalize the settlement." (Id. at 2.) The parties proffer they anticipate they will be able to finalize the confidential settlement agreement and file a joint stipulation of dismissal within sixty days. They request the Court schedule a status conference/order to show cause hearing approximately sixty to ninety days out.

The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties request additional time to file the

1  dispositional documents in order to finalize the confidential settlement agreement and file a joint
2  stipulation of dismissal.  The Court is satisfied good cause exists and will grant the requested
3  extension.  However, the parties are advised that no further extensions of time shall be granted
4  absent a strong showing of good cause, and are reminded that "[a] failure to file dispositional
5  papers on the date prescribed by the Court may be grounds for sanctions."  Id. (citing E.D. Cal.
6  L.R. 272).  The parties are further advised that the Court accepts the parties' notice of settlement
7  without reservations and shall vacate all matters and dates accordingly.  Consequently, should
8  the parties fail to finalize their settlement agreement and wish to put the motion to dismiss before
9  the Court again, they will need to properly re-notice the motion at that time.  The Court also
10 declines to set this matter for an order to show cause at this time, but advises the parties it will be
11 inclined to issue such an order if the parties fail to meet their filing deadline.  Finally, the parties
12 are advised that once the terms of a settlement agreement are finalized and the settlement
13 agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the
14 parties comply with the terms of the settlement agreement.

    Accordingly, it is HEREBY ORDERED that:

    1.  All pending matters and dates are VACATED; and

    2.  The parties shall file dispositional documents no later than **July 13, 2022**.

IT IS SO ORDERED.

Dated:  __May 13, 2022__

UNITED STATES MAGISTRATE JUDGE

2